Pro Se 14 (Rev. 10/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
## for the
## NORTHERN DISTRICT OF ALABAMA

Ryan Justin Fite
_____
*Plaintiff*
(Write your full name. No more than one plaintiff may be named in a complaint.)

Ryan Justin Fite -v- Winston County Correctional Facility

Case No.: 6:20-CV-54-CLM-HNJ
*(to be filled in by the Clerk's Office)*

_____
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all of the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here. Your complaint may be brought in this court only if one or more of the named defendants is located within this district.)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee of $400.00 or an Application to Proceed *In Forma Pauperis*.

Mail the original complaint and the filing fee of $400.00 or an Application to Proceed *In Forma Pauperis* to the Clerk of the United States District Court for the Northern District of Alabama, Room 140, Hugo L. Black U.S. Courthouse, 1729 5th Avenue North, Birmingham, Alabama 35203-2195.

I. **The Parties to this Complaint**

A. **The Plaintiff**

Provide the information below for the plaintiff named in the complaint.

Name: Ryan Justin Fite

All other names by which you have been known: ___

ID Number: F 300 755 454 369

Current Institution: Winston County Correctional Facility

Address: Double Springs, AL 35553
City / State / Zip Code

B. **The Defendant**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: James Whitman
Job or Title *(if known)*: Head of Winston County Correctional Facility
Shield Number: N/A
Employer: Winston County Correctional Facility
Address: Double Springs, AL 35553
City / State / Zip Code

☑ Individual Capacity  ☐ Official Capacity

Defendant No. 2
Name: Winston County Correctional Facility
Job or Title *(if known)*: Jail
Shield Number: N/A
Employer: State of Alabama
Address: Double Springs, AL 35553
City / State / Zip Code

☐ Individual Capacity  ☑ Official Capacity

Page 2 of 14

Defendant No. 3
Name: S.B. Snoody
Job or Title (if known): County Clerk
Shield Number: N/A
Employer: Double Springs Court House
Address: Double Springs, AL 35553
City / State / Zip Code
☒ Individual Capacity ☐ Official Capacity

Defendant No. 4
Name: Jim Stien
Job or Title (if known): Investigator
Shield Number: N/A
Employer: City of Haleyville
Address: Haleyville, AL 35565
City / State / Zip Code
☒ Individual Capacity ☐ Official Capacity

Seperate going to File Grievance Seperitly on Him for distration of private property at dollar tree Haleyville on 12/19/19

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal law]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities, secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

I Have Filed Two applications for a Lawyer + request to speek with them + File a Motion for a speedy + fast trial. 22 days later still waiting was told needs to be Filed in 30 days still waiting for services

C.  Plaintiffs suing under *Bivens* may only recover for violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

    ~~N/A~~

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. I Ryan Fite Would Like To say It would Be Nice If my Lawyer was present for Understanding This Legal Language Since my Needs ain't met I will say Color is Unknown

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial Detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [x] Other *(explain)*: Detainee Waiting for Court + Lawyer

IV. **State of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

_____
_____

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Winston County Correctional Facility 12-22-19 spoke with J.B. Snoody

C. What date and approximate time did the events giving rise to your claim(s) occur?

12-22-19 after supper time approximately 8pm when I received my late 72hr hearing

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Officers on duty witnessed I was told by Snoody It is my right to state have my Lawyer file for a fast & Speedy trial must be within 30 days. 22 days later still waiting for this to happen

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries in detail.

No physical Injuries yet. But It may be Jepodizing my case

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I Ryan Fite would like to meet with a Lawyer so I can disscouse the motion to a fast & speedy trial & Information about my case.

_____
_____
_____
_____

_____
_____
_____
_____
_____

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).
Winston County Correctional facility

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☐ No

☑ Don't know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Don't know

If yes, which claims(s)?
Unsure Lacking Leagle advise

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ Yes   ☑ I Did file Grievance where Claims arose
☐ No

E. If you did file a grievance:

1. Where did you file the grievance?
Winston County Correctional Facility

2. What did you claim in your grievance?
Lacking Lawyer + motion to File Fast + Speedy Trial

3. What was the result, if any?
I am Dear Filling out Grievance Still no Lawyer or motion to File Fast + Speedy Trial

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*
I have Been asking to File a motion for a Fast + Speedy Trial Still not met + been waiting for my Lawyer Still Haven't recieved either I instead was given this form and told to fill it out new ASAP while affecting my Lunch + Jcld I am affecting his Valuable Time

F.  If you did not file a grievance:

1.  If there are any reasons why you did not file a grievance, state them here: I didn't Know I had To do This To make Something happen

2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: They CO's got Ignored They said they would Share/ Pass The message Finally I got tired of nothing Happening + Wrote Mr. Whitman a Letter he gave me Jo's To File

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies: 22 days Ask all The Time To Speak with File for Lawyer + File for fast + Speedy Trial When I asked Whitman about it today He said he's Never heard of one. Because I Have Been asking To File one.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had any cases dismissed based on grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted?

☐ Yes
☑ No

If yes, state which court dismissed your case(s), when this occurred, and attach a copy of the order(s) if possible.

_____
_____
_____

_____
_____
_____

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.  If your answer to "A" is "Yes," describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit:
    Plaintiff(s) Ryan Fite
    Defendant(s) _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*:
    Winston County Court Alabama

3.  Docket or index number:
    N/A

4.  Name of Judge assigned to your case:
    Micheal Newell

5.  Approximate date of filing lawsuit:
    01-09-20

6.  Is the case still pending?
    ☑ Yes
    ☐ No
    If no, give the approximate date of disposition: _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?*
    Pending not Guilty Plea + others Still waiting for Court Still Havent

IX. **Certification and Closing**

Under Rule 11 of the Federal Rules of Civil Procedure, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an

improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

Printed Name of Plaintiff: Ryan Justin Fite
Prison Identification Number: 44535
Prison Address: Winston County Correctional Facility
P.O. Box 10
Double Springs, AL 35553

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 01-09-20

Signature of Plaintiff